IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TYLER NEFF,

       Appellant,

v.

Case No. 5D22-540
LT Case No. 2018-CF-15488

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Orange County,
Bob LeBlanc, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kristen L. Davenport, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.